MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>01-50080-DDO</u> |
| MAXON, GEORGE S | ) | |
| MAXON, MARGARET L | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>10,006.56</u>, disbursements of $<u>0.00</u>, and balance on hand of $<u>10,006.56</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of<br>Entity | Nature of<br>Interest | Proposed<br>Payment |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>1,750.66</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>1,750.66</u> for final compensation and an additional $<u>77.59</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $4,058.20, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,750.66 | 1,750.66 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 77.59 | 77.59 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 1,500.00 | 1,500.00 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 594.50 | 594.50 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 113.75 | 113.75 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 21.70 | 21.70 |
| | Total | 4,058.20 | 4,058.20 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $5,948.36, for unsecured creditors allowed in the total amount of $48,304.31, yielding a dividend of 12.3143463% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED | 000007 | 334.02 | 41.13 |
| CITIBANK SOUTH DAKOTA | 000013 | 5,912.23 | 728.06 |
| GOLD CROSS AMBULANCE | 000006 | 874.66 | 107.71 |

| | | | |
|---|---|---|---|
| LONGVILLE AMBULANCE | 000008 | 715.00 | 88.05 |
| MAYO CLINIC | 000005 | 475.50 | 58.55 |
| MBNA AMERICA BANK NA | 000010 | 27,481.79 | 3,384.20 |
| MVEC | 000004 | 57.41 | 7.07 |
| RELIANT ENERGY MINNEGASCO | 000001 | 671.48 | 82.69 |
| SEARS BANKRUPTCY RECOVERY | 000002 | 4,638.12 | 571.15 |
| SEARS BANKRUPTCY RECOVERY* | 000003 | 7,144.10 | 879.75 |
| Total | | $48,304.31 | $5,948.36 |

7. The trustee's distribution of gross receipts of $<u>10,006.56</u> from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 1,750.66 | a. | Trustee Compensation |
| $ | 1,500.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 594.50 | d. | Other Professionals |
| $ | 213.04 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 5,948.36 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 10,006.56 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 10,006.56 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

      WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: September 7, 2006         /e/ Randall L. Seaver
                                                   RANDALL L. SEAVER, Trustee
                                                   12400 PORTLAND AVENUE SOUTH
                                                   SUITE 132
                                                   BURNSVILLE, MN  55337
                                                   (952) 890-0888


## REVIEW BY UNITED STATES TRUSTEE

     I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 10/16/06                                             HABBO G. FOKKENA
                                                   UNITED STATES TRUSTEE
                                                   Region 12

                                               By: /s/ Mary M. Ueland

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 01-50080 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | MAXON, GEORGE S | Date Filed (f) or Converted (c): | 01/30/01 (f) |
| | MAXON, MARGARET L | 341(a) Meeting Date: | 03/01/01 |
| For Period Ending: | 09/09/06 | Claims Bar Date: | 04/08/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 21.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HOMESTEAD | 50,900.00 | 3,172.00 | | 10,000.00 | FA |
| 3. REAL ESTATE IN SCOTT CO. | 230,000.00 | 0.00 | | 0.00 | FA |
| 4. 1992 CADILLAC | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 1988 CHEVY SUBURBAN | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. BOOKS | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. WOODWORKING TOOLS | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. BENEFITS & BEYOND STOCK | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. ENSIGHT, INC. STOCK | 5,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. CONSULTING FEES - PROTECTOR CARE, INC. | 1.00 | 2,000.00 | OA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.56 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $ 297,022.00   $ 5,172.00   $ 10,006.56   $0.00

LFORM1

Ver: 11.60a

| Case No: | 01-50080 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- |
| Case Name: | MAXON, GEORGE S | Date Filed (f) or Converted (c): | 01/30/01 (f) |
| | MAXON, MARGARET L | 341(a) Meeting Date: | 03/01/01 |
| | | Claims Bar Date: | 04/08/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May close and retain item 2. Debtors to offer to resolve item 2.

Initial Projected Date of Final Report (TFR): 03/31/02     Current Projected Date of Final Report (TFR): 03/31/06

LFORM1

Ver: 11.60a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: | 01-50080 -DDO |
| Case Name: | MAXON, GEORGE S |
| | MAXON, MARGARET L |
| Taxpayer ID No: | *******6671 |
| For Period Ending: | 09/09/06 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3899 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 20,248,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/06 | 2 | Cashier's check from George and Margaret Maxon | Homestead excess | 1110-000 | 10,000.00 | | 10,000.00 |
| 08/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.56 | | 10,006.56 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,006.56 | 0.00 | 10,006.56 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,006.56 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,006.56 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******3899 | 10,006.56 | 0.00 | 10,006.56 |
| | 10,006.56 | 0.00 | 10,006.56 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       10,006.56       0.00

Ver: 11.60a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 01-50080    DDO  
Debtor Name: MAXON, GEORGE S \ MAXON, MARGARET L  
Page 1  
Date: September 9, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---:|---:|---:|---:|---:|
|  | Beginning Balance |  |  |  |  |  |  | $10,006.56 |
|  | RANDALL L. SEAVER COMPENSATION | Admin |  | $1,750.66 | $0.00 | $1,750.66 | $1,750.66 | $8,255.90 |
|  | RANDALL L. SEAVER EXPENSES | Admin |  | $77.59 | $0.00 | $77.59 | $77.59 | $8,178.31 |
| 000015 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $6,678.31 |
| 000016 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $113.75 | $0.00 | $113.75 | $113.75 | $6,564.56 |
| 000017 | LINDA M. BERREAU | Admin | 025 | $594.50 | $0.00 | $594.50 | $594.50 | $5,970.06 |
| 000018 | LINDA M. BERREAU * | Admin | 025 | $21.70 | $0.00 | $21.70 | $21.70 | $5,948.36 |
| 000001 | RELIANT ENERGY MINNEGASCO | Unsec | 070 | $671.48 | $0.00 | $671.48 | $82.69 | $5,865.67 |
| 000002 | SEARS BANKRUPTCY RECOVERY | Unsec | 070 | $4,638.12 | $0.00 | $4,638.12 | $571.15 | $5,294.52 |
| 000003 | SEARS BANKRUPTCY RECOVERY* | Unsec | 070 | $7,144.10 | $0.00 | $7,144.10 | $879.75 | $4,414.77 |
| 000004 | MVEC | Unsec | 070 | $57.41 | $0.00 | $57.41 | $7.07 | $4,407.70 |
| 000005 | MAYO CLINIC | Unsec | 070 | $475.50 | $0.00 | $475.50 | $58.55 | $4,349.15 |
| 000006 | GOLD CROSS AMBULANCE | Unsec | 070 | $874.66 | $0.00 | $874.66 | $107.71 | $4,241.44 |
| 000007 | AMERICAN EXPRESS TRAVEL RELATED | Unsec | 070 | $334.02 | $0.00 | $334.02 | $41.13 | $4,200.31 |
| 000008 | LONGVILLE AMBULANCE | Unsec | 070 | $715.00 | $0.00 | $715.00 | $88.05 | $4,112.26 |
| 000010 | MBNA AMERICA BANK NA | Unsec | 070 | $27,481.79 | $0.00 | $27,481.79 | $3,384.20 | $728.06 |
| 000013 | CITIBANK SOUTH DAKOTA | Unsec | 070 | $5,912.23 | $0.00 | $5,912.23 | $728.06 | $0.00 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $52,362.51 | $0.00 | $52,362.51 | $10,006.56 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 01-50080 DDO
**Debtor:** MAXON, GEORGE S
**Joint Debtor:** MAXON, MARGARET L

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:     $10,006.56

|  |  |  |  |  |
|---|---|---|---|---|
|  | $10,006.56 | 25% of First $5,000 |  | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |  |
| Balance | $5,006.56 | 10% of Next $45,000 |  | $500.66 |
| Less - | $5,006.56 | ($4,500 Maximum) |  |  |
| Balance | $0.00 | 5% of Next $950,000 |  | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |  |
| Balance | $0.00 | 3% of Balance |  | $0.00 |

TOTAL COMPENSATION CALCULATED:     $1,750.66
Less Previously Paid Compensation:     $0.00

**TOTAL COMPENSATION REQUESTED:**     **$1,750.66**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 133 pages @ 0.25 / page | $33.25 |
| POST: Postage 21 each @ 0.39 / each | $8.19 |
| POST: Postage 1 each @ 16.65 / each | $16.65 |
| REC: RECORDING FEE 1 1 @ 19.50 / 1 | $19.50 |

TOTAL EXPENSES CALCULATED:     $77.59
Less Previously Paid Expenses:     $0.00

**TOTAL EXPENSES REQUESTED:**     **$77.59**

===============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:**     **$1,828.25**

**DATED: 09/09/06**

**SIGNED** _____     **TRUSTEE: RANDALL L. SEAVER**

# Compensation and Expenses Worksheet

**Case Number:** 01-50080 DDO
**Debtor:** MAXON, GEORGE S
**Joint Debtor:** MAXON, MARGARET L

                                          **12400 PORTLAND AVENUE SOUTH**
                                          **SUITE 132**
                                          **BURNSVILLE, MN 55337**